## 43858. DOTSON v. STATE OF GEORGIA.
(350 SE2d 767)

MARSHALL, Chief Justice.

This case involves a petition for a writ of mandamus to compel "the Criminal Court of Catoosa County" to dismiss charges against the petitioner, who is incarcerated in the State of Tennessee, in order to eliminate a detainer which Catoosa County has placed against him.

In view of the fact that this is a direct application to this Court for a writ of mandamus, this case is controlled by *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983), and the petition is therefore dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED NOVEMBER 12 1986.

*Jefferson Dotson, pro se.*

*David L. Lomenick, Jr.*, District Attorney, *Michael J. Bowers*, Attorney General, for appellee.